IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| MARY K. UNGER, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-03048-CV-S-DPR-SSA |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Application for Award of Attorneys' Fees. (Doc. 26.) Plaintiff requests an award of attorney fees and expenses in the amount of $5,875.06 pursuant to the Equal Access to Justice Act. (Doc. 27.) Defendant has no objection to the request. (Doc. 28.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the agreed amount is reasonable. Also, per Plaintiff's Assignment, the award may be made payable to Karen Kraus Bill. (Doc. 27-4.)

It is therefore **ORDERED** that

1. The Application for Award of Attorneys' Fees is **GRANTED**; and

2. An award of attorney fees and expenses in the amount of $5,875.06 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 26, 2022